AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>HAMILTON, PHYLLIS J. | **2. Court or Organization**<br><br>US DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | **3. Date of Report**<br><br>05/13/2015 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>DISTRICT JUDGE - ACTIVE | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2014<br>to<br>12/31/2014 |
| **7. Chambers or Office Address**<br><br>US DISTRICT COURT<br>1301 CLAY STREET<br>OAKLAND, CA 94612 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01-12 2014 | SAFEWAY, INC - SALARY |
| 2. | 01-12 2014 | PUBLIC EMPLOYEES RETIREMENT SYSTEM - RETIREMENT BENEFITS |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Farrow Rd LLC | | None | J | W | | | | | |
| 2. Wells Fargo Bank Accounts | B | Interest | M | T | | | | | |
| 3. Ally Bank Accounts | A | Interest | M | T | | | | | |
| 4. Ally Bank - IRA | A | Interest | L | T | Distributed (part) | 01/13/14 | J | | |
| 5. E-Trade Bank Accounts | C | Interest | J | T | | | | | |
| 6. American Express Bank Account | A | Interest | K | T | | | | | |
| 7. Intel Stock | A | Dividend | J | T | | | | | |
| 8. Agilent Stock | | None | J | T | | | | | |
| 9. Microsoft Stock | | None | K | T | | | | | |
| 10. Nasdaq 100 Fund | | None | L | T | | | | | |
| 11. Janus Overseas Mutual Fund, formerly Janus Worldwide | A | Dividend | K | T | | | | | |
| 12. Harbor Bond Fund Mutual Fund | B | Dividend | L | T | Buy (add'l) | 05/05/14 | J | | |
| 13. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 14. Vanguard Index 500 Mutual Fund | B | Dividend | M | T | Buy (add'l) | 08/04/14 | J | | |
| 15. Janus Mercury Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 16. Pioneer Equity Mutual Fund, formerly Safeco Equity | A | Dividend | J | T | | | | | |
| 17. Wells Fargo Advantage Fund | A | Dividend | J | T | Sold (part) | 07/10/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/10/14 | K | | |
| 19. US Savings Bonds | C | Interest | M | T | | | | | |
| 20. Fidelity Puritan Fund | A | Dividend | M | T | | | | | |
| 21. Lifepath Index 2020 | A | Dividend | K | T | | | | | |
| 22. PIMCO Total Return | D | Dividend | M | T | Buy (add'l) | 06/24/14 | L | | |
| 23. Hartford Int'l Opportunity HLS | A | Dividend | J | T | | | | | |
| 24. Hartford Small Company HLS | A | Dividend | J | T | | | | | |
| 25. Lord Abbett Small Cap Value | A | Dividend | J | T | | | | | |
| 26. Vanguard Dividend Growth Fund | D | Dividend | K | T | Buy (add'l) | 06/03/14 | J | | |
| 27. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 28. Vanguard GNMA Fund | C | Dividend | K | T | Buy (add'l) | 12/05/14 | K | | |
| 29. | | | | | Buy (add'l) | 12/10/14 | K | | |
| 30. Vanguard Small Cap Index Fund | A | Dividend | K | T | Buy (add'l) | 07/07/14 | J | | |
| 31. Vanguard Wellsey Fund | A | Dividend | L | T | Buy | 12/14/14 | L | | |
| 32. Vanguard REIT Index Portfolia | A | Dividend | J | T | Buy | 07/11/14 | J | | |
| 33. | | | | | Buy (add'l) | 09/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, PHYLLIS J. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PHYLLIS J. HAMILTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544